# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**RAY JOHNSON**                                                                            **PLAINTIFF**

**VS.**                                    **4:20-CV-00860-BRW**

**STATE OF ARKANSAS**                                                                      **DEFENDANT**

## ORDER

Plaintiff Ray Johnson ("Plaintiff"), incarcerated in the W.C. Dub Brassell Adult Detention Center, filed this case *pro se*.[1] On October 20, 2020, I directed Plaintiff to pay the $400 filing fee or file a motion to proceed *in forma pauperis* ("IFP") within 30 days, or by November 19, 2020.[2] I advised Plaintiff that failure to do so would result in the dismissal of his case.[3] Plaintiff has failed to pay the filing fee or file a motion to proceed IFP, and he has not otherwise respond to my October 20, 2020 Order. Accordingly, Plaintiff's complaint is DISMISSED without prejudice.[4]

IT IS SO ORDERED this 20th day of November, 2020.

Billy Roy Wilson_____
UNITED STATES DISTRICT JUDGE

---

[1] Plaintiff was notified of his responsibility to comply with the Local Rules of the Court, including Rule 5.5(c)(2):

> It is the duty of any party not represented by counsel to promptly notify the Clerk and the other parties to the proceedings of any change in his or her address, to monitor the progress of the case, and to prosecute or defend the action diligently. A party appearing for himself/herself shall sign his/her pleadings and state his/her address, zip code, and telephone number. If any communication from the Court to a pro se plaintiff is not responded to within thirty (30) days, the case may be dismissed without prejudice. Any party proceeding pro se shall be expected to be familiar with and follow the Federal Rules of Civil Procedure.

[2] Doc. No. 2.

[3] *Id*.

[4] Local Rule 5.5(c)(2).