**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION**

**RAY JOHNSON**                                                                     **PLAINTIFF**

**VS.**                                    **4:20-CV-00860-BRW**

**STATE OF ARKANSAS**                                                    **DEFENDANT**

## JUDGMENT

Based on the order entered today, this case is DISMISSED without prejudice.

IT IS SO ORDERED this 20th day of November, 2020.


Billy Roy Wilson_____
UNITED STATES DISTRICT JUDGE